Colin D. Dailey (California Bar No. 293942)
colin.dailey@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Plaintiff
US Foods, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOD BALLPARK BUFFET, LLC, a California limited liability company, and NICK BOVIS, an individual,,<br><br>Defendants. | Case No. 4:20-CV-2378-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate that the entire action shall be dismissed with prejudice, with each party to bear its/his own costs and fees.

IT IS SO STIPULATED.

Dated:  January 27, 2021      **BRYAN CAVE LEIGHTON PAISNER LLP**
                                                        By: */s/ Colin D. Dailey*

                                                        Colin D. Dailey
                                                        *Attorneys for Plaintiff*
                                                        *US Foods, Inc.*

Dated:  January 27, 2021      **ARTIGA-PURCELL LAW OFFICE**
                                                        By: */s/ Camilo Artiga-Purcell\**

                                                        Camilo Artiga-Purcell
                                                        *Attorney for Defendants LOD Ballpark*
                                                        *Buffet, LLC and Nick Bovis*

*Pursuant to L.R. 5-1(i)(3), the filer certifies that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: January 28, 2021



IT IS SO ORDERED
Judge Joseph C. Spero

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401